2/20/26 12:26PM

**Fill in this information to identify the case:**

Debtor name      **1932 Central LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **26-00923**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $ **2,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................   $ **203,991.88**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................   $ **2,203,991.88**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ **3,557,297.12**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................   $ **15,732.02**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$ **446,788.70**

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                              $ **4,019,817.84**